UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:06-CV-1047-B |
| | § | |
| CASITA ENTERPRISES, INC. and | § | - ECF - |
| DEXTER AXLE COMPANY, | § | |
| | § | |
| Defendants. | § | |

### ORDER

The Court GRANTS Casita Enterprises, Inc.'s Motion to Amend Defendant Casita Enterprises, Inc.'s Answer to Plaintiff's Amended Complaint (doc. 46). Defendant Casita Enterprises, Inc. is ORDERED to electronically file its Amended Answer within three days of the date of this Order.

SO ORDERED.

SIGNED May 31, 2007.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

**AGREED:**

| | |
|---|---|
| Richard B. Roper<br>United States Attorney | RADER & CAMPBELL<br>(A PROFESSIONAL CORPORATION) |

/s/ Katherine Savers McGovern             /s/ McCord Wilson

KATHERINE SAVERS MCGOVERN
Assistant United States Attorney
Texas Bar No. 13638020
1100 Commerce Street, Rm. 300
Dallas, TX  75242
214/659-8600
214/767-2916 (fax)

ATTORNEY FOR PLAINTIFF

Donovan Campbell, Jr.
State Bar No. 03725300
McCord Wilson
State Bar No. 00785266
Stemmons Place
2777 Stemmons Fwy., Suite 1125
Dallas, TX  75207
Telephone No.: (214) 630-4700
Telecopy No.:  (214) 630-9996

J. Patrick Bredehoft
State Bar No. 00787132
BREDEHOFT & ASSOCIATES, LLP
2777 Stemmons Fwy, Suite 1125
Dallas, TX  75207
Telephone No.: (214) 819-8085
Telecopy No.:  (214) 630-9996

ATTORNEYS FOR DEFENDANT
CASITA ENTERPRISES

MUNSCH HARDT KOPF & HARR, P.C.

/s/ James D. Jordan

James D. Jordan
Bar Number: 11012380
3800 Lincoln Plaza
500 North Akard Street
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Fax:  (214) 978-4359
E-mail: jjordan@munsch.com

ATTORNEYS FOR DEFENDANT
DEXTER AXLE COMPANY