IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:06-CV-1047-G |
| | § | ECF |
| CASITA ENTERPRISES, INC., and | § | |
| DEXTER AXLE COMPANY, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pursuant to the District Court's Order (doc. 69), Motion of the United States for Sanctions and Supporting Brief (doc. 68) has been referred to the United States Magistrate Judge for hearing, if necessary, and determination. A response was filed on November 26, 2007. (doc. 71.) The Court will hear the motion on **TUESDAY, DECEMBER 18, 2007, at 10:00 A.M.** in United States Magistrate Judge's Courtroom 1561, 1100 Commerce Street, Dallas, Texas.[1] Counsel are expected to have fully conferred pursuant to Local Rule 7.1(a) and *Dondi*[2] on all of the matters in controversy.

**SO ORDERED.** December 5, 2007.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

---

1. Requests to reschedule the hearing will be entertained but must be discussed with opposing counsel **prior to contacting the Court.**

2. *Dondi Props. Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988). See the discussion regarding proper utilization of Local Rule 7.1(a).